### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 12-cv-2049-WJM-BNB

OTTER PRODUCTS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

REIKO WIRELESS, INC, a New York corporation

    Defendant.

---

### ORDER GRANTING JOINT MOTION TO DISMISS

---

This matter comes before the Court on the Parties' Joint Motion to Dismiss (ECF No. 33) filed May 1, 2013. The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Joint Motion is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay its own attorney's fees and costs.

Dated this 1st day of May, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge